CVB SCAN 12/07/2021 15:34

**VIOLATION NUMBER:** E1356701

**LOCATION CODE:** WW13

## STATEMENT OF PROBABLE CAUSE (supplemental)
(For issuance of an arrest warrant or summons)

I state that on **16 July**, 20 **21** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**

The location of this incident is within the jurisdiction and boundaries of Joint Base Lewis-McChord, Washington.

On 16 July 2021, I was working as a Military Police Officer assigned to the Traffic Section as a Collision Investigator on Joint Base Lewis-McChord, WA 98433/98439.

At about 0159 hrs, I was dispatched to 41st Gate for a suspected DUI. I arrived on scene at 0212 hours and observed a black in color 2013 Chevy Cruze WA/BTB1139. The vehicle was stopped in Lane 1 of 41st Gate with PFC STEMEN, Skyler Rae in the driver seat. I received a statement of DASG Allen who said he observed PFC STEMEN, Skyler Rae step out of the vehicle for a routine trunk inspection. While stepping out of the vehicle she braced against the rear driver side window for balance while stumbling to the rear of the car. DASG Allen also detected the odor of an alcoholic beverage emanating off of her breath. I spoke with STEMEN who said she was coming from a friend's house in Lakewood. She also said she had a couple beers (Corona bottles) about 30 minutes before she was stopped. I detected a strong odor of alcoholic beverages emanating from her breath. STEMEN displayed signs of impairment to include bloodshot/glossy eyes, and slurred speech. I asked STEMEN to step out of the vehicle. I asked STEMEN if she would be willing to conduct voluntary standardized field sobriety tests to ensure she was safe to drive, which she consented to do.

STEMEN performed voluntary SFSTs which showed signs of impairment to include 6 out of 6 clues on Horizontal Gaze Nystagmus, with 4 of 8 clues during the Walk and Turn, and 2 out of 4 clues on the One Leg Stand. I asked STEMEN if she would provide a breath sample for a Preliminary Breath Test (PBT). I explained to her the PBT did not suffice as a replacement for the BAC. She consented and attempted approx. 5 times, each time she provided an insufficient breath sample for the PBT. It appeared that air was escaping around her lips and not entering the tube. STEMEN told me she was honestly trying and was instructed an additional time after each attempt. I was unable to obtain a PBT reading. Based on my observations and investigation, I concluded STEMEN's ability to safely operate a motor vehicle was impaired by her alcohol consumption.

STEMEN was apprehended and transported to the Provost Marshals Office for processing where she provided voluntary breath samples for the Draeger BAC machine with results of IR-0.194/EC-0.201 and IR-0.196/EC-0.204.

**Light Conditions:**
- [ ] Dark, No Street Lights
- [ ] Dark, Street Lights Off
- [x] Dark, Street Lights On
- [ ] Dawn
- [ ] Daylight
- [ ] Dusk
- [ ] Unknown
- [x] Other: ACP LIGHTING

**Weather Conditions:**
- [ ] Blowing Sand/Dirt/Snow
- [x] Clear/Partly Cloudy
- [ ] Fog/Smog/Smoke
- [ ] Overcast
- [ ] Raining
- [ ] Severe Crosswind
- [ ] Sleet/Hail/Freezing Rain
- [ ] Snowing
- [ ] Unknown
- [ ] Other: _____

**Roadway:**
- [x] Dry
- [ ] Ice
- [ ] Oil
- [ ] Sand/Mud/Dirt
- [ ] Snow/Slush
- [ ] Standing Water
- [ ] Wet
- [ ] Unknown
- [ ] Other: _____

The foregoing statement is based upon:
- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of ~~this~~ violation notice is true and correct to the best of my knowledge.

**Executed on:** 07/16/2021
Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

DCVN (R 04/19)

Exhibit 8

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW13 | E1356701 | James | JP 4-11 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/16/2021 0159
Offense Charged: ☒ State Code
RCW 46.61.502

Place of Offense: 41st Gate / 41st Div DR

Offense Description: Factual Basis for Charge
Driving under the influence

### DEFENDANT INFORMATION
Phone: (253) 778-9686

Last Name: STEMEN
First Name: Skyler
M.I.: R

Street Address: H654 A ST / PO Box 452135
City: ~~JBLM~~ SAN DIEGO
State: ~~WA~~ CA
Zip Code: ~~98433~~ 92145
Date of Birth: 10/31/1999

Drivers License No.: JM28399-4
CDL: ☐
D.L. State: OH
Social Security No.: 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

☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female
Hair: Bro  Eyes: Bro  Height: 5'5  Weight: 150

### VEHICLE
VIN: 1G1PG5SB3D7278774

Tag No.: DTB1139
State: WA
Year: 13
Make/Model: Chev/Cruz
Color: Blk

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

MCA

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1356701*

CVB SCAN 12/07/2021 15:33

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 July, 2021 while exercising my duties as a law enforcement officer in the Western District of Washington

See attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/16/2021   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

DATED this 11th day of February, 2022.

NICHOLAS W. BROWN
United States Attorney

/s/ JESSICA R. PAVLOCK /s/
JESSICA R. PAVLOCK
Special Assistant United States Attorney

INFORMATION
United States v. SKYLER R. STEMEN
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@army.mil